# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2948
_____

Michael J. Harvey, SSA #3FT6-GWO-RG70

*Plaintiff - Appellant*

v.

Xavier Becerra, Department of Health and Human Services, Sec. for DHHS

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 21, 2023
Filed: April 26, 2023
[Unpublished]
_____

Before GRUENDER, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Michael Harvey appeals the district court's[1] dismissal of his pro se civil action for lack of subject matter jurisdiction. Upon careful de novo review, *see Hastings v.*

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

*Wilson*, 516 F.3d 1055, 1058 (8th Cir. 2008) (explaining that this court reviews de novo the grant of a motion to dismiss for lack of subject matter jurisdiction), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____